

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
03/18/2013

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-70072 |
| STAR EMS, | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

14

## ORDER GRANTING ROUND ROCK ISD LEAVE TO INTERVENE

CAME ON to be considered the Motion of Edcouch-Elsa ISD, City of Edinburg, Edinburg CISD, City of Elsa, City of Mercedes, Mercedes ISD, South Texas College, and South Texas ISD ("Taxing Authorities") for Leave to Intervene in the Motion of Pawnee Leasing Corporation ("Pawnee") for Relief from Stay or in the Alternative for Adequate Protection, and the Court having considered the Motion, the Response thereto, and the evidence is of the opinion and finds that the Motion should in all things be GRANTED.

It is therefore ORDERED that Taxing Authorities are granted leave to intervene in the hearing on the Motion of Pawnee for Relief from Stay. It is further

ORDERED, that in the event the automatic stay of §362(a) is terminated for Pawnee, it is also terminated to permit Taxing Authorities to exercise all rights and remedies available to them under the Texas Property Tax Code for the collection of ad valorem taxes owed to them by the Debtor on the property subject of the motion.

Signed: March 18, 2013 _____

_____
BANKRUPTCY JUDGE

1