IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In the Matter of: | § | |
| | § | CASE NO. 13-70072 |
| STAR EMS | § | |
| | § | |
| *Debtor(s)* | § | CHAPTER 11 |

### DEBTOR'S REQUEST FOR VOLUNTARY
### DISMISSAL OF CHAPTER 11 CASE

**THIS MOTION SEEKS A COURT ORDER THAT MAY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CAN NOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE PARTY. YOU MUST SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**TO THE HONORABLE BANKRUPTCY JUDGE:**

**NOW COMES** STAR EMS, Debtor and moves this Court for an order voluntary dismissing this case regarding the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b). In support of said request, debtor states:

1. This case was first commenced by the filing of a voluntary petition under Chapter 11 on February 8, 2013and has not been converted under 11 U.S.C. §§ 706, 1112 or 1208.

2. Debtor is unaware of any motion for relief, annulments, or conditioning of the automatic stay pending in this case.

3. Debtor seeks dismissal of this case for the reason that debtor no longer wishes to continue with this bankruptcy case.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the court issue an order dismissing this case and that the court grant Debtor any such additional or alternative relief as may be just and proper.

        Respectfully Submitted,

        LAW OFFICE OF JOSE LUIS FLORES
        1111 W. Nolana
        McAllen, Texas 78504
        (956) 682-0924
        (956) 682-3838 FAX

        BY: */s/ Jose Luis Flores*
            JOSE LUIS FLORES
            State Bar No. 00786401

        ATTORNEY FOR DEBTOR, STAR EMS

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2013, a true and correct copy of the above and foregoing DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 11 CASE was served electronically or by United States mail to all parties on the Court's mailing matrix:

        */s/Jose Luis Flores*
        Jose Luis Flores